# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLSTATE NEW JERSEY INSURANCE COMPANY, as Subrogee of Mary Campbell<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>THE HOME DEPOT, INC.<br><br>　　　　　　　　Defendant | Case No. 2:19-cv-12896 |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties, that the above-entitled action be and hereby is dismissed, without prejudice and without costs to either party as against the other pursuant to FRCP 41(a)(1)(A)(ii).

Respectfully Submitted,

| COZEN O'CONNOR,<br>a Pennsylvania Professional Corporation<br><br>BY:　s/ Daniel J. Luccaro<br>　　　DANIEL J. LUCCARO, ESQUIRE<br>　　　457 Haddonfield Road, Suite 300<br>　　　PO Box 5459<br>　　　Cherry Hill, NJ 08002<br>　　　800-523-2900 x6968<br>　　　dluccaro@cozen.com<br>　　　*Counsel for Plaintiff* | LEWIS BIRSBOIS BISGAARD & SMITH, LLP<br><br>BY:　s/ Michael Giacopelli<br>　　　Michael Giacopelli, Esquire<br>　　　77 Water Street, Suite 2100<br>　　　New York, NY 10005<br>　　　212-232-1300<br>　　　michael.giacopelli@lewisbirsbois.com<br>　　　*Counsel for Defendant* |

Dated: September 8, 2020

　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　*s/Claire C. Cecchi*
　　　　　　　　　　　　　　　　　　　Claire C. Cecchi, U.S.D.J.

　　　　　　　　　　　　　　　　　　　Date:　9/9/2020